## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LAUREN MINNITI, individually and as the representative of a class of similarly-situated persons,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TILLY'S, INC., a Delaware corporation, and JOHN DOES 1-5,<br><br>　　　　　Defendants. | Civil Action No. 0:17-cv-60237-FAM<br><br>**CLASS ACTION** |

### STIPULATION OF DISMISSAL AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, LAUREN MINNITI, and Defendant, TILLY'S, INC., through their undersigned attorneys, hereby stipulate to the dismissal of this action without prejudice and with each party to bear their respective attorneys' fees and costs, and accordingly Plaintiff dismisses this action without prejudice.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| s/ Ryan M. Kelly | /s/ Robert M. Brochin  (with permission) |
| Ryan M. Kelly – (Fla. Bar No. 90110) | Robert M. Brochin (Fla. Bar No. 319661) |
| Anderson + Wanca | Brian M. Ercole (Fla. Bar No. 0102189) |
| 3701 Algonquin Rd., Suite 500 | Clay M. Carlton (Fla. Bar No. 85767) |
| Rolling Meadows, IL 60008 | Morgan, Lewis & Bockius LLP |
| Telephone:  847-368-1500 | 200 South Biscayne Boulevard, Ste. 5300 |
| Fax:  847-368-1501 | Miami, FL 33131-2339 |
| Email:  rkelly@andersonwanca.com | Telephone: (305) 415-3000 |
| | Facsimile:  (305) 415-3001 |
| *Counsel for Plaintiff* | Email: bobby.brochin@morganlewis.com |
| | Email: brian.ercole@morganlewis.com |
| | Email: clay.carlton@morganlewis.com |
| | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 12, 2017, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

      /s/ Ryan M. Kelly