UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: **17-60237-CIV-MORENO**

LAUREN MINNITI, individually and as the
representative of a class of similarly-situated
persons,

        Plaintiff,

vs.

TILLY'S, INC., a Delaware corporation, and
JOHN DOES 1-5,

        Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Stipulation of Dismissal **(D.E. 18)**, filed on **July 12, 2017**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Court retains jurisdiction for six months to enforce the terms of the settlement. Further, all pending motions are DENIED as MOOT with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of July 2017.

                                          FEDERICO A. MORENO
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record